1  | Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
2  | 15 South 34th Street
San Jose, California   95116
3  | Phone: (408) 729-5785
Fax: (408) 729-0167
4  | State Bar No. 108980

5  | Attorney for Defendant Jose Alberto Ruiz-Naranjo

6  |                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE N0RTHERN DISTRICT OF CALIFORNIA
7  |                          SAN JOSE DIVISION

8  | UNITED STATES OF AMERICA,          )    Case No. 5:14-mj-71169-MAG
                                       )
9  |              Plaintiff,            )
                                       )    STIPULATION AND [PROPOSED]
10 |    v.                             )    ORDER TO EXTEND TIME FOR
                                       )    PRESENTMENT OF INDICTMENT
11 | JOSE ALBERTO RUIZ-NARANJO,         )    AND VACATE HEARING
                                       )
12 |              Defendant,            )
                                       )

13 |

14 | TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,

15 | RICHARD C. CHENG, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE;

16 | THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE

17 | PRESIDIING IN SAID COURT:

18 |
19 |       **IT IS HEREBY STIPULATED** by and between the parties hereto through

20 | their respective counsel, Richard C. Cheng, Assistant U.S. Attorney, attorney for

21 | plaintiff; Arturo Hernandez-M., attorney for defendant Mayra Alejandra Zamora; and

22 | Victor Perez, attorney for defendant Alberto Ruiz-Hernandez, that the time for filing

23 | an indictment be extended for a period of at least thirty (30) days.

24 |       This request is made jointly by the government and defense in order to permit

25 | time for continued negotiations for settlement of this case.   The parties are currently

26 | engaged in serious negotiations and necessitate the additional time to complete the

27 |
28 |

discussions.   Defendants waive their right for presentment of an indictment by a

certain date and agree to extend the time for presentment of an indictment to

December 9, 2014.   The parties agree that the interests of justice served by granting

this continuance outweigh the best interests of the public and the defendant in a

speedy trial.   18 U.S.C. § 3161(h)(7)(A).   Further, the parties agree that time within

which the trial of this case must be commenced under the Speedy Trial Act should

therefore be excluded from October 31, 2014, up to and including December 9, 2014

at 1:30 p.m. the time for commencement of trial under 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,


Date:   October 30, 2014                          / Richard C. Cheng/
                                                  RICHARD C. CHENG
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff U.S.A.


Date:   October 30, 2014                          /s/ Arturo Hernandez
                                                  ARTURO HERNANDEZ
                                                  Attorney for Defendant
                                                  Jose Alberto Ruiz-Naranjo


Date:   October 30, 2014                          /s/ Curtis V. Rodriguez
                                                  CURTIS V. RODRIGUEZ
                                                  Attorney for Defendant
                                                  Mayra Alejandra Zamora


Date:   October 30, 2014                          /s/ Victor M. Perez
                                                  VICTOR M. PEREZ
                                                  Attorney for Defendant
                                                  Alberto Ruiz-Hernandez

## ~~[PROPOSED]~~ ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.   Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.   In addition, the Court specifically finds that the failure to grant a continuance in this case would deny the parties reasonable time necessary for effective settlement negotiations or trial preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice to be served by granting an extension of the date upon which an indictment must be presented outweigh the best interests of the public and the defendants in a speedy trial.   The Preliminary Hearing/Arraignment set for October 31, 2014 is vacated and reset for December 9, 2014 at 1:30 p.m.

The Court orders that the time from October 31, 2014, up to and including December 9, 2014 the date upon which an indictment must be presented shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Date:  10/31/14

_____
Hon. Howard R. Lloyd
U.S. Magistrate Judge