**FILED**

FEB 09 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALBERTO RUIZ-HERNANDEZ, <br> Defendant. | NO. CR: 14-71169-MAG <br><br> ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the complaint as to defendant Alberto Ruiz-Hernandez. The complaint is hereby ordered dismissed without prejudice as to this defendant.

Date: 2/9/2017

_____
United States Magistrate Judge

Nat Cousins

NOTICE OF DISMISSAL (CR 14-71169-MAG)